IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1639 (LPS) |
| | ) | |
| CNN INTERACTIVE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1640 (LPS) |
| | ) | |
| DOW JONES & COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1641 (LPS) |
| | ) | |
| FOX NEWS NETWORK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CLOUDING IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1642 (LPS) |
| | ) | |
| GANNETT CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1643 (LPS) |
| ) | |
| THE HUFFINGTONPOST.COM INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1644 (LPS) |
| ) | |
| THE NEW YORK TIMES CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1645 (LPS) |
| ) | |
| THOMSON REUTERS CORP., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| CLOUDING IP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1646 (LPS) |
| ) | |
| TIME INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO STAY
PENDING THE OUTCOME OF *INTER PARTES* REVIEW**

Defendants CNN Interactive Group, Inc.; Dow Jones & Company, Inc.; Fox News Network, LLC; Gannett Co., Inc.; The HuffingtonPost.com Inc.; The New York Times Company; Thomson Reuters Corp.; West Services Inc.; Time Inc.; and TI Media Solutions, Inc. ("Defendants"), hereby move to stay these actions pending the outcome of the *inter partes* reviews of U.S. Patent Nos. 6,925,481 and 7,254,621 before the U.S. Patent and Trademark Office. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Their Motion to Stay Pending the Outcome of *Inter Partes* Review, filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorney for Defendants CNN Interactive Group, Inc.; Dow Jones & Company, Inc.; Fox News Network, LLC; Gannett Co., Inc.; The New York Times Company; Thomson Reuters Corp.; West Services Inc.; Time Inc.; and TI Media Solutions, Inc.*

OF COUNSEL:

Steven Lieberman
Brian Rosenbloom
Sharon Davis
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W.
Suite 800
Washington, DC 20005
(202) 783-6040

2

|  |  |
|---|---|
| OF COUNSEL:<br><br>Vivian Kuo<br>Corrine M. Saylor<br>WINSTON & STRAWN LLP<br>1700 K STREET, N.W.<br>WASHINGTON, DC 20006<br>(202) 282-5000<br><br>May 24, 2013 | POTTER ANDERSON & CORROON LLP<br><br>*/s/ Richard L. Horwitz*<br>_____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendant The HuffingtonPost.com Inc.* |

**RULE 7.1.1. STATEMENT**

In accordance with D. Del. LR 7.1.1, counsel for the moving parties made a reasonable effort to reach agreement with the opposing party on the matters set forth in this motion, and was unable to reach an agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

## **CERTIFICATE OF SERVICE**

        I hereby certify that on May 24, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

        I further certify that I caused copies of the foregoing document to be served on May 24, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Dorian S. Berger, Esquire<br>RUSS, AUGUST, KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025 | *VIA ELECTRONIC MAIL* |

                                                     */s/ Jack B. Blumenfeld*

                                                     Jack B. Blumenfeld (#1014)