**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CNN INTERACTIVE GROUP, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:12-cv-01639-LPS |
| CLOUDING IP, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOW JONES & COMPANY, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:12-cv-01640-LPS |
| CLOUDING IP, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FOX NEWS NETWORK, LLC,<br><br>　　　　　　　Defendant. | Civil Action No. 1:12-cv-01641-LPS |
| CLOUDING IP, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GANNETT CO., INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:12-cv-01642-LPS |

| | |
|---|---|
| CLOUDING IP, LLC<br><br>                Plaintiff,<br><br>    v.<br><br>THE HUFFINGTONPOST.COM, INC.,<br><br>                Defendant. | Civil Action No. 1:12-cv-01643-LPS |
| CLOUDING IP, LLC<br><br>                Plaintiff,<br><br>    v.<br><br>THE NEW YORK TIMES CO.,<br><br>                Defendant. | Civil Action No. 1:12-cv-01644-LPS |
| CLOUDING IP, LLC<br><br>                Plaintiff,<br><br>    v.<br><br>THOMSON REUTERS CORP., et al.,<br><br>                Defendants. | Civil Action No. 1:12-cv-01645-LPS |
| CLOUDING IP, LLC<br><br>                Plaintiff,<br>    v.<br><br>TIME INC., et al.,<br><br>                Defendants. | Civil Action No. 1:12-cv-01646-LPS |

**<u>DECLARATION OF WILLIAM R. CARTER, JR. IN SUPPORT OF PLAINTIFF CLOUDING IP, LLC's OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW</u>**

I, William R. Carter, Jr., declare as follows:

1. I am the Managing Member of Clouding IP LLC ("Clouding IP"), Clouding IP is an intellectual property monetization firm based in Greensboro, North Carolina and incorporated in Delaware. I am responsible for all business operations and intellectual property licensing at Clouding IP.

2. Clouding IP currently owns rights to approximately 38 U.S. patents/applications and 12 foreign patents/applications, which were acquired from Symantec Corporation. Generally, Clouding IP's patents and applications relate to various aspects of cloud computing. These patents include U.S. Patent Nos. 6,925,481 and 7,254,621 (the "Patents-in-Suit"), which represent an important part of Clouding IP's portfolio

3. Clouding IP has been and is engaged in licensing the technology protected by the Patents-in-Suit. Clouding IP's ability to license and enforce its patents is necessary for Clouding IP to recoup its investment and generate profits. Additionally, a portion of the proceeds from Clouding IP licensing activities goes to fund charitable endeavors. Any interruption or impairment of Clouding IP's licensing activity or its ability to combat infringement will impair funding of Clouding IP's charitable endeavors.

4. Oracle Corporation's ("Oracle") petitions for inter partes review on both of the Patents-in-Suit have been granted. The petitions for *inter partes* review cover 30% of all claims of both patents. If this Court were to grant a litigation stay based on the *inter partes* review, Clouding IP's licensing efforts would be harmed by creating the false impression that all claims of those patents are potentially invalid, and that Clouding IP's ability to combat infringement has been compromised. As a result, because patent licensing is Clouding IP's sole source of revenue, Clouding IP's business would be jeopardized by a litigation stay.

5.      Prior to the Patent and Trademark Office granting Oracle's petitions for *inter partes* review, Clouding IP successfully licensed its patents for valuable consideration to at least two entities that offer cloud computing products and services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing it true and correct.

Dated this 17th day of June, 2013.

William R. Carter, Jr.