

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

**VIA ELECTRONIC FILING**
The Honorable Leonard P. Stark
The United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:    *Clouding IP, LLC v. TheHuffingtonPost.com, Inc.;* C.A. No. 12-1643-LPS

Dear Judge Stark:

    Pursuant to Local Rule 7.1.4, Defendant TheHuffingtonPost.com, Inc. respectfully requests oral argument on its motion to dismiss (D.I. 17).  Briefing has been completed.

    Respectfully submitted,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt
1112813/40037

cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)