# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

CLOUDING IP, LLC,

        Plaintiff,

v.

THEHUFFINGTONPOST.COM INC.,

        Defendant.

C.A. No. 12-1643-LPS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Clouding IP, LLC and Defendants TheHuffingtonPost.com Inc. pursuant to FED. R. CIV. P. 41(a)(1)(ii), hereby stipulate and agree, to dismiss WITH PREJUDICE Clouding IP, LLC's claims in the above-captioned action and to dismiss WITHOUT PREJUDICE TheHuffingtonPost.com Inc.'s counterclaims in the above-captioned action, with each party to bear its own costs, expenses, and attorneys' fees.

October 17, 2013

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Richard L. Horwitz* |
| Richard D. Kirk (No. 922) | Richard L. Horwitz (No. 2246) |
| Stephen B. Brauerman (No. 4952) | David E. Moore (No. 3983) |
| Vanessa R. Tiradentes (No. 5398) | Bindu A. Palapura (No. 5370) |
| 222 Delaware Avenue, Suite 900 | Hercules Plaza 6th Floor |
| P.O. Box 25130 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 984-6000 |
| rkirk@bayardlaw.com | rhorwitz@potteranderson.com |
| sbrauerman@bayardlaw.com | dmoore@potteranderson.com |
| vtiradentes@bayardlaw.com | bpalapura@potteranderson.com |
| *Attorneys for Plaintiff Clouding IP, LLC* | *Attorneys for Defendant TheHuffingtonPost.com Inc.* |